UNITED STATES of America
Plaintiff-Appellee

v.

Dominic A. TURNER Defendant-Appellant

No. 17-2581

United States Court of Appeals, Eighth Circuit.

Submitted: February 2, 2018

Filed: February 12, 2018

Jeffrey Q. McCarther, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Plaintiff-Appellee

Anita L. Burns, Assistant Federal Public Defender, Federal Public Defender's Office, Kansas City, MO, for Defendant-Appellant

Dominic A. Turner, Pro Se

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

PER CURIAM.

Dominic A. Turner directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

1. The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

being a felon in possession of a firearm. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon careful review, this court concludes that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions); *United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). In addition, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues for appeal.

The judgment is affirmed, and counsel's motion to withdraw is granted.